UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

_____

| | |
|---|---|
| **DEERE CREDIT, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 08-2022 |
| ) | |
| **KAUFMAN GRAIN COMPANY and** ) | |
| **KEVIN KAUFMAN,** ) | |
| ) | |
| **Defendants.** ) | |

### ORDER

A Report and Recommendation [6] was filed by the Magistrate Judge in the above cause on February 8, 2008. In the Report and Recommendation, the Magistrate Judge recommends dismissal based upon lack of federal jurisdiction. More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538 (7th Cir. 1986).

On February 25, 2008, Plaintiff filed a Motion for Voluntary Dismissal [8] asking that the case be dismissed after conceding the lack of diversity jurisdiction. Based upon this court's adoption of the Report and Recommendation, the Motion for Voluntary Dismissal [8] is denied as MOOT.

IT IS THEREFORE ORDERED:

(1) This case is dismissed without prejudice based upon lack of diversity jurisdiction.

(2) Plaintiff's Motion for Voluntary Dismissal [8] is denied as MOOT.

(3) This case is terminated.

ENTERED this 29th day of February, 2008

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF JUDGE